IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR L. HENDERSON

         Plaintiff,                          23cv1224
                                                  ELECTRONICALLY FILED

            v.

CORRECT CARE SOLUTIONS, INC., et al.

         Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

AND NOW, this 26th day of March, 2026, after careful consideration of the Motion to Dismiss Plaintiff's Amended Complaint filed by Defendant Correct Care Solutions, Inc. (now known as Wellpath, LLC)("Wellpath") (ECF 94), Plaintiff's Response and Motion for Determination that Action may Proceed Solely to Recover Available Insurance Proceeds. (ECF 100), Defendant's Reply in support of its motion to dismiss (ECF 102), the Report and Recommendation relating to the Motion to Dismiss and the subsequent filings (ECF 103), and noting that neither party raised any Objections to the Report and Recommendation by the March 18, 2026 and the March 23, 2026 deadlines, the Court enters this Order:

IT IS HEREBY ORDERED that Magistrate Judge Dodge's March 4, 2026 Report and Recommendation (ECF 103) is adopted as the Opinion of this Court, and thus, Defendant Correct Care Solutions, Inc.'s Motion to Dismiss is GRANTED.

                                        SO ORDERED this 26th day of March, 2026.

                                        s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        U.S. District Court Judge

cc:     All ECF Registered Counsel of Record

        Arthur L. Henderson #LD3309
        SCI – Fayette
        50 Overlook Drive
        Labelle, PA 15450